IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **CATHY CANNON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **3:15-cv-793-GNS** |
| **MIDLAND CREDIT MANAGEMENT,** ) | |
| **INC. and MIDLAND FUNDING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Cathy Cannon ("Plaintiff") and defendants Midland Credit Management, Inc. ("MCM") and Midland Funding, LLC ("Midland Funding") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 9th day of November, 2016,

>	*/s/ James H. Lawson (with permission)*
>	James R. McKenzie
>	*James R. McKenzie Attorney, PLLC*
>	115 Sherrin Avenue, Unit #4
>	Louisville, KY 40207
>	Phone: (502) 371-2179
>	Email: jmckenzie@jmckenzielaw.com

28486443 v1

            James H. Lawson
            *Lawson at Law, PLLC*
            115 Sherrin Avenue, Unit #4
            Louisville, KY 40207
            Phone: (502) 473-6525
            Email: james@kyclc.com

            Attorneys for Plaintiff
            CATHY CANNON


            */s/ Reid S. Manley*
            Reid S. Manley
            Kentucky Bar No. 90360
            BURR & FORMAN LLP
            420 North 20th Street, Suite 3400
            Birmingham, Alabama  35203
            Telephone: (205) 251-3000
            Facsimile: (205) 458-5100
            Email: rmanley@burr.com

            Attorney for Defendants
            MIDLAND CREDIT MANAGEMENT, INC. AND
            MIDLAND FUNDING, LLC